

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| FIRSTLIGHT FEDERAL CREDIT UNION, | § | No. 08-14-00282-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 171st District Court |
| | § | |
| MARTHA LOYA, | | of El Paso County, Texas |
| | § | |
| Appellee. | | (TC# 2014-DCV-0943) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was error in the trial court's order denying Appellant's motion to compel arbitration. We therefore vacate the trial court's order denying Appellant's motion to compel arbitration, and remand the case to the trial court with instructions to enter an order granting the motion to compel arbitration and staying all proceedings pending arbitration. We further order that Appellant recover from Appellee all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 7TH DAY OF OCTOBER, 2015.


STEVEN L. HUGHES, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.